WILLIAM C. HOEGLER v. PHYLLIS HOEGLER.

March 1, 1983.

Petition for certification denied.

FAIRLEIGH S. DICKINSON, JR. v. THE FUND FOR THE SUPPORT OF FREE PUBLIC SCHOOLS.

March 1, 1983.

Petition for certification granted.   (See 187 *N.J.Super.* 224)

FAIRLEIGH S. DICKINSON, JR. v. THE FUND FOR THE SUPPORT OF FREE PUBLIC SCHOOLS.

March 1, 1983.

Cross-petition for certification granted.   (See 187 *N.J.Super.* 224)

STATE OF NEW JERSEY v. GREGORY COSCIA.

March 1, 1983.

Petition for certification denied.